UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO D. JONES, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 3:08-0567 |
| ) | (Crim. No. 3:02cr00110-1) |
| ) | Judge Nixon |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

The court has before it a motion for federal *habeas corpus* relief filed by a *pro se* prisoner pursuant to 28 U.S.C. § 2255. (Docket Entry No. 1) As provided in the accompanying memorandum, the motion and record of prior proceedings clearly show that the movant is not entitled to relief. Accordingly, the motion (Docket Entry No. 1) is **DENIED**, and this action is **DISMISSED**. Rule 8(a), Rules – § 2255 Proceedings.

Should the movant file a notice of appeal, such notice shall be docketed as both a notice of appeal and an application for a certificate of appealability (COA). *Slack v. McDaniel*, 529 U.S. 473, 483 (2000); Rule 22(b), Fed. R. App. P. For the reasons explained in the accompanying Memorandum, a COA will **NOT** issue. *See* 28 U.S.C. § 2253(c)(2); *Slack*, 529 U.S. 483-84; *Castro v. United States of America*, 310 F.3d 900, 901 (6th Cir. 2002); *Murphy v. Ohio*, 263 F.3d 466, 467 (6th Cir. 2001); *Porterfield v. Bell*, 258 F.3d 484, 485-87 (6th Cir. 2001).

Entry of this Order shall constitute the judgment in this action.

It is so **ORDERED**.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT